No. 81–1273. BOWSHER, COMPTROLLER GENERAL OF THE UNITED STATES, ET AL. *v.* MERCK & CO., INC.; and

No. 81–1472. MERCK & CO., INC. *v.* BOWSHER, COMPTROLLER GENERAL OF THE UNITED STATES, ET AL. C. A. D. C. Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 214 U. S. App. D. C. 418, 665 F. 2d 1236.

No. 81–1304. NATIONAL ASSOCIATION OF GREETING CARD PUBLISHERS *v.* UNITED STATES POSTAL SERVICE ET AL.; and

No. 81–1381. UNITED PARCEL SERVICE OF AMERICA, INC. *v.* UNITED STATES POSTAL SERVICE ET AL. C. A. 2d Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 663 F. 2d 1186.

No. 81–1014. O'BRIEN *v.* UNITED STATES;

No. 81–1296. BROWN *v.* UNITED STATES; and

No. 81–1408. LEE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Reported below: 661 F. 2d 943.

No. 81–1086. THOMAS, SHERIFF *v.* BARRETT ET AL. C. A. 5th Cir. Certiorari denied.

No. 81–1113. ODOM *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 81–1132. KELLY *v.* LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 81–1200. BROWN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 81–1216. SILLER BROS., INC. *v.* UNITED STATES. Ct. Cl. Certiorari denied.